1  EVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                OAKLAND DIVISION

12
   HYMED BESROUR,                              )
13                                             )
           Plaintiff,                          )   Case No. 06-4797-SBA
14                                             )
       v.                                      )
15                                             )   **ADR CERTIFICATION**
   ALBERTO GONZALES, Attorney General of the   )
16 United States; MICHAEL CHERTOFF, Secretary  )
   of the Department of Homeland Security;    )
17 EDUARDO AGUIRRE, Director of United States )
   Citizenship and Immigration Services; MICHAEL )
18 MUELLER, Director of the Federal Bureau of  )
   Investigations, CHRISTINA POULOS, Acting    )
19 Director of the California Service Center,  )
                                               )
20         Defendants.                         )
                                               )
21

22      **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

23
       Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she
24
   has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of
25
   California," or the specified portions of the ADR Unit's Internet site
26
   <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the
27
   court and private entities, and considered whether this case might benefit from any of them.
28

   ADR CERTIFICATION
   C 06-4797 SBA                          1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Dated: October 24, 2006 |
| 5 | |

```
                                    /s/
                            ROBERT VOLZ, ESQ.
                            Attorneys for Plaintiff
```

Dated: October 24, 2006

```
                                    /s/
                            EDWARD A. OLSEN
                            Assistant United States Attorney
                            Attorney for Defendants
```

ADR CERTIFICATION
C 06-4797 SBA                                2