EVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HYMED BESROUR,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of United States Citizenship and Immigration Services; MICHAEL MUELLER, Director of the Federal Bureau of Investigations, CHRISTINA POULOS, Acting Director of the California Service Center,<br><br>        Defendants. | Case No. 06-4797-SBA<br><br>**NOTICE OF NEED OF ADR PHONE CONFERENCE** |

    The parties have not reached an agreement to an ADR process.

    Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

    Joint Case Management Statement due:        November 2, 2006

    Case Management Conference:        November 9, 2006, at 3:00 p.m.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE
C-06-4797-SBA        1

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | Fax No. |
|---|---|---|---|
| Edward A. Olsen | Defendants | (415) 436-6915 | (415) 436-6927 |
| Robert Volz | Plaintiff | (510) 713-9847 | (510) 713-9850 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*
_____
___

**For court use only:**

**ADR Phone Conference Date: _____**     **Time: _____**
                                                              **AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date: _____     _____**
                            **ADR Case Administrator**

NOTICE OF NEED FOR ADR PHONE
CONFERENCE
C-06-4797-SBA                                    2