1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND DIVISION

12
   HYMED BESROUR,                              )  No. C 06-4797-SBA
13                                             )
          Plaintiff,                      )
14                                             )
      v.                                       )  **STIPULATION TO EXTEND DATE OF**
15                                             )  **CASE MANAGEMENT CONFERENCE;**
   ALBERTO GONZALES, Attorney                  )  **AND [PROPOSED] ORDER**
16 General of the United States; MICHAEL       )
   CHERTOFF, Secretary of the Department       )
17 of Homeland Security; EDUARDO               )
   AGUIRRE, Director of United States          )
18 Citizenship and Immigration Services;       )
   ROBERT MUELLER, Director of the             )
19 Federal Bureau of Investigations;           )
   CHRISTINA POULOS, Acting Director           )
20 the California Service Center,              )
                                               )
21        Defendants.                     )
                                               )
22

     Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys
23
of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of the case
24
management conference in light of the reasonable likelihood that this case may be administratively
25
resolved and that the case may be moot.
26
     1. The plaintiff filed a mandamus complaint on August 8, 2006, asking this Court to direct the
27
United States Citizenship and Immigration Services to adjudicate the plaintiff's application for
28

STIPULATION TO EXTEND DATE OF CMC; AND PROPOSED ORDER
C 06-4797-SBA                           1

1  naturalization.

2. The defendants filed and served an answer to the complaint on October 16, 2006.

3. A case management conference is currently scheduled for November 9, 2006.

4. The parties agree that there is a reasonable likelihood that this case can be administratively resolved in the next 60 days and that the case will be moot.

5. Accordingly, the parties respectfully ask this Court to extend the date of the Case Management Conference by 60 days.

6. If the case becomes moot, the parties will file a stipulation to dismiss. If the case is not administratively resolved, the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management Conference.

Date: November 2, 2006                    Respectfully submitted,

                                          KEVIN V. RYAN
                                          United States Attorney


                                           /s/
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
                                          Attorneys for Defendants


Date: November 2, 2006                     /s/
                                          ROBERT VOLZ
                                          Saad Ahmad & Associates

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
                                          SAUNDRA B. ARMSTRONG
                                          United States District Judge

STIPULATION TO EXTEND DATE OF CMC; AND PROPOSED ORDER
C 06-4797-SBA                              2