**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYMED BESROUR,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTO GONZALES, Attorney General of the United State; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of the United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations; CHRISTIAN POULOS, Acting Director of the California Service Center,<br><br>    Defendants. | No. C 06-04797 SBA<br><br>**ORDER**<br>(Docket No. 8) |

Good cause appearing,

IT IS HEREBY ORDERED THAT the Status Conference, currently scheduled for November 9, 2006, at 3:00 p.m. is CONTINUED to January 17, 2007, at 4:00 p.m. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. All other dates and deadlines shall be as specified in the Federal Rules of Civil Procedure or Local Rules based upon the new Status Conference date.

IT IS SO ORDERED.

Dated: 11/3/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge