```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HYMED BESROUR,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Acting Director the California Service Center,<br><br>    Defendants. | No. C 06-4797-SBA<br><br>**JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER** |

    The parties to the above-entitled action hereby submit this Joint Case Management Statement and Proposed Order, and ask the Court to adopt it as the Case Management Order in this case.

**DESCRIPTION OF THE CASE**

<u>1. A brief description of the events underlying this action</u>:

    The plaintiff is a lawful permanent resident of the United States. He filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS)

JOINT CASE MANAGEMENT STATEMENT; AND PROPOSED ORDER
C 06-4797-SBA                1

on May 26, 2004.  The USCIS interviewed the plaintiff on his naturalization application on February 1, 2005.  The USCIS has not yet adjudicated the plaintiff's naturalization application.

The plaintiff filed a mandamus complaint on August 8, 2006, asking this Court to direct the USCIS to adjudicate the plaintiff's application for naturalization within 20 days.  The defendants filed and served an answer to the complaint on October 16, 2006.  The case management conference is scheduled for January 17, 2007.[1]

2.  The principal factual issues:

None.

3.  The principal legal issues:

Whether this Court should remand this matter to the USCIS with instructions to adjudicate the application for naturalization within a specified period of time.

4.  The parties who have not been served and the reasons:

None.

5.  The additional parties which the below-specified parties intend to join and the intended time frame of such joinder:

None.

6.  The following parties consent to assignment of this case to a United States Magistrate Judge for trial:

The parties would consent to assignment of this case to a United States Magistrate Judge.

**ALTERNATIVE DISPUTE RESOLUTION**

7.  Participation in ADR:

The parties have filed a Notice of Need for an ADR Phone Conference and are scheduled to participate in that phone conference on January 12, 2007, at 3:00 p.m.

---

[1] The case management conference was originally scheduled for November 9, 2006.  In light of the reasonable likelihood that this case could be administratively resolved within sixty days, the parties filed a stipulation to extend the date of the case management conference, which this Court granted.  To date, the case has not been administratively resolved.

JOINT CASE MANAGEMENT STATEMENT; AND PROPOSED ORDER
C 06-4797-SBA                                              2

8. Please indicate any other information regarding ADR process or deadline:

None

**DISCLOSURES**

The parties have not exchanged initial disclosures.

**DISCOVERY**

The parties do not anticipate the need for any discovery.

**TRIAL SCHEDULE**

The parties believe that this action may be properly disposed of without a trial.

Date:  January 10, 2007                    Respectfully submitted,

                                          KEVIN V. RYAN
                                        United States Attorney

                                          /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants

Date: January 10, 2007                    /s/
                                        ROBERT VOLZ
                                        Saad Ahmad & Associates

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order are hereby adopted as the Case Management Order for the case and the parties are hereby ordered to comply with this order.

Date: _____
                                        SAUNDRA B. ARMSTRONG
                                        United States District Judge