IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BESROUR,

        Plaintiff,

v.

ALBERTO GONZALES,

        Defendant.

No. C 06-04797 SBA

**CLERK'S NOTICE**

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action, and initiate the telephone conference call. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

     YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the Case Management Conference set for January 17, 2007, has been continued to, February 8, 2007, at 4:00 p.m., via telephone.

  Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference.

Dated: 1/22/07

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Lisa R. Clark*
LISA R. CLARK
Courtroom Deputy

To: