IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYMED BESROUR, | No. C-05-4797 MEJ |
| Plaintiff, | **ORDER SETTING DATE FOR CASE MANAGEMENT CONFERENCE** |
| vs. | |
| US ATTORNEY GENERAL ALBERTO GONZALES, et al., | |
| Defendants. | |

The Court hereby sets a case management conference in this matter for November 15, 2007, at 10:00 a.m. Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

The Parties shall refer to Judge James' Case Management Standing Order and well as her Joint Case Management Statement and [proposed] Case Management Order form. Both are available on the Court's website.

**IT IS SO ORDERED.**

Dated: September 12, 2007

MARIA-ELENA JAMES
United States Magistrate Judge