## SAAD AHMAD & ASSOCIATES
39159 Paseo Padre Parkway, Suite 307, Fremont, CA 94538

| | |
|---|---|
| Telephone: 510 713 9847 | Facsimile: 510 713 9850 |
| Saad Ahmad | Robert L. Volz |
| * Licensed in Massachusetts | ** Licensed in California |

November 7, 2007

Calendar Clerk
Magistrate Judge Maria Elena-James
U.S. District Court
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

**RE:  Besrour v. Gonzales, C 06-4797-MEJ**
**Request for Telephonic Appearance at CMC 11-15-07 10:00 a.m.**

Dear Madam Clerk:

    I represent the plaintiff, Hymed Besrour, in the above entitled action. I respectfully request that I be allowed to appear telephonically at the Case Management Conference scheduled for November 15, 2007 at 10:00 a.m. in Judge Elena-James' courtroom. My office phone number is (510) 713-9847. I have notified opposing counsel and he does not oppose this request. Please do not hesitate to contact our office if you have any questions.

    Sincerely,


    s/Robert Volz
Robert Volz,
Attorney at Law

Reply to: 39159 Paseo Padre Pwky, Suite 307, Fremont, CA 94538