1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   HYMED BESROUR,                     )   No. C 06-4797-MEJ
13                                    )
                 Plaintiff,            )
14                                    )
         v.                           )
15                                    )   **JOINT CASE MANAGEMENT**
   ALBERTO GONZALES, Attorney         )   **STATEMENT**
16 General of the United States; MICHAEL )
   CHERTOFF, Secretary of the Department )
17 of Homeland Security; EDUARDO      )
   AGUIRRE, Director of United States )
18 Citizenship and Immigration Services; )
   ROBERT MUELLER, Director of the    )
19 Federal Bureau of Investigations;   )
   CHRISTINA POULOS, Acting Director  )
20  the California Service Center,    )
                                      )
21               Defendants.           )
                                      )
22

   **1. Jurisdiction and Service**
23
       The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. §1331, 28 U.S.C.
24
   § 1361, 5 U.S.C. §§ 702 and 704. The parties do not dispute that venue is proper in this
25
   district. No issues exist regarding personal jurisdiction, and no parties remain to be served.
26
       **2. Facts**
27
       The plaintiff is a lawful permanent resident of the United States who filed an application
28

JOINT CASE MANAGEMENT STATEMENT
C 06-4797-MEJ                          1

for naturalization with the United States Citizenship and Immigration Services (USCIS) on or about May 26, 2004. The Plaintiff was interviewed by an immigration officer on February 1, 2005. The plaintiff's application for naturalization is pending. On August 8, 2006, the plaintiff filed a mandamus complaint, asking this Court to direct USCIS to complete the adjudication of the plaintiff's naturalization application.

### 3. Legal Issues

Whether this Court lacks jurisdiction over the plaintiff's action.

Whether the FBI should be dismissed from the action.

Whether this Court should conduct a hearing on plaintiff's application for naturalization or remand plaintiff's application to the agency with instructions to complete his naturalization pursuant to 8 U.S.C. § 1447(b).

### 4. Motions

The defendants intend to file a motion to dismiss for lack of jurisdiction/motion to remand this matter to USCIS.

### 5. Amendment of Pleadings

No parties, claims or defenses are expected to be added or dismissed.

### 6. Evidence Preservation

The parties do not have any evidence that falls within this category.

### 7. Disclosures

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

### 8. Discovery

The parties do not intend to take any discovery at this time.

### 9. Class Actions

Not applicable.

### 10. Related Cases

The parties are not aware of any related case or cases.

### 11. Relief

The plaintiff asks this Court to direct USCIS to adjudicate his naturalization application within 120 days of the Court's order.

JOINT CASE MANAGEMENT STATEMENT
C 06-4797-MEJ                                                       2

**12. Settlement and ADR**

The parties filed their ADR certification and Notice of Need for ADR phone conference, and participated in an ADR phone conference on November 6, 2006, but the case has not settled..

**13. Consent to Magistrate Judge for All Purposes**

The parties consented to the assignment of this case to a magistrate judge, and this case has been transferred from District Judge Armstrong to Magistrate Judge James.

**14. Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

N/A

**17. Scheduling**

| | |
|---|---|
| Defendants' Motion to Dismiss/Remand: | February 8, 2008 |
| Plaintiff's Opposition: | February 22, 2008 |
| Defendants' Reply: | February 29, 2008 |
| Hearing: | March 13, 2008 at 10:00 a.m. |

**18. Trial**

The parties do not anticipate the need for a trial in this case.

**19. Disclosure of Non-Party Interested Entities or Persons**:

The plaintiff intends to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

1  //

2  //

3  Dated: November 12, 2007

                                          /s/
ROBERT L. VOLZ
Saad Ahmad & Associates
Attorneys for Plaintiff

7  Dated: November 1, 2007

                                          /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

The Case Management Statement and Proposed Order are hereby adopted as the Case Management Order for the case and the parties are hereby ordered to comply with this order.

Dated: November 13, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

*IT IS SO ORDERED — Judge Maria-Elena James*

JOINT CASE MANAGEMENT STATEMENT
C 06-4797-MEJ                                                        4