IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYMED BESROUR, | No. C-06-4797 MEJ |
| Plaintiff, | **ORDER VACATING NOVEMBER 15, 2007 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ALBERTO GONZALES, et al., | |
| Defendants. / | |

The Court originally set a case management conference in this matter for November 15, 2007. The Court is in receipt of the parties' joint case management statement, filed on November 13, 2007. The Court is also in receipt of the request made by Plaintiff's attorney, Robert L. Volz, to attend the case management conference telephonically. On November 13, 2007, the Court adopted the parties' joint case management statement as the Court's Case Management Order. (Docket #18) Therefore, the case management conference originally set for November 15, is hereby vacated, and the Plaintiff's request to appear by telephone is moot.

**IT IS SO ORDERED.**

Dated: November 13, 2007

MARIA-ELENA JAMES
United States Magistrate Judge