1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  HYMED BESROUR,                  )    No. C 06-4797-MEJ
                                    )
13            Plaintiff,            )
                                    )
14        v.                        )    **STIPULATION TO EXTEND DATE OF**
                                    )    **DEFENDANTS' MOTION TO REMAND**
15  ALBERTO GONZALES, Attorney      )    **AND HEARING DATE; and [PROPOSED]**
    General of the United States; MICHAEL )  **ORDER**
16  CHERTOFF, Secretary of the Department )
    of Homeland Security; EDUARDO   )
17  AGUIRRE, Director of United States )
    Citizenship and Immigration Services; )
18  ROBERT MUELLER, Director of the )
    Federal Bureau of Investigations; )
19  CHRISTINA POULOS, Acting Director )
     the California Service Center,  )
20                                   )
              Defendants.            )
21  _____ )

22       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to an extension of the Defendants'

24  Motion to Remand in light of the fact that the parties are actively exploring ways in which this

25  case might be administratively resolved, and the fact this case could become moot in the

26  reasonably foreseeable future.

27  ///

28  ///

Stip to Extend Date of Defendants' Motion to Remand
C 06-4797 MEJ                    1

1    The parties propose the following revised schedule:

2    Defendants' Motion to Remand:            March 7, 2008

3    Plaintiff's Opposition:                  March 21, 2008

4    Defendants' Reply:                       March 28, 2008

5    Hearing:                                 April 10, 2008 at 10:00 a.m.

6

7    Date: February 8, 2008                   Respectfully submitted,

8                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
9

10
                                             _____/s/_____
11                                           EDWARD A. OLSEN[1]
                                             Assistant United States Attorney
12                                           Attorneys for Defendants

13

14
     Date: February 8, 2008                  _____/s/_____
15                                           ROBERT VOLZ
                                             Saad Ahmad & Associates
16

17                                **ORDER**

18        Pursuant to stipulation, IT IS SO ORDERED.

19

20

21   Date:                                   _____
                                             MARIA-ELENA JAMES
22                                           United States Magistrate Judge

23

24

25

26   _____

27        [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/s/) within this efiled document.
28

     Stip to Extend Date of Defendants' Motion to Remand