| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
|   | FAX: (415) 436-6927 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HYMED BESROUR, | ) | No. C 06-4797-MEJ |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | **STIPULATION TO EXTEND DATE OF** |
|  | ) | **DEFENDANTS' MOTION TO REMAND** |
| ALBERTO GONZALES, Attorney | ) | **AND HEARING DATE; and [PROPOSED]** |
| General of the United States; MICHAEL | ) | **ORDER** |
| CHERTOFF, Secretary of the Department | ) | |
| of Homeland Security; EDUARDO | ) | |
| AGUIRRE, Director of United States | ) | |
| Citizenship and Immigration Services; | ) | |
| ROBERT MUELLER, Director of the | ) | |
| Federal Bureau of Investigations; | ) | |
| CHRISTINA POULOS, Acting Director | ) | |
| the California Service Center, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the Defendants' Motion to Remand in light of the fact that the parties are actively exploring ways in which this case might be administratively resolved, and the fact this case could become moot in the reasonably foreseeable future.

///

///

Stip to Extend Date of Defendants' Motion to Remand
C 06-4797 MEJ                                                              1

The parties propose the following revised schedule:

| | |
|---|---|
| Defendants' Motion to Remand: | March 7, 2008 |
| Plaintiff's Opposition: | March 21, 2008 |
| Defendants' Reply: | March 28, 2008 |
| Hearing: | April 10, 2008 at 10:00 a.m. |

Date: February 8, 2008              Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: February 8, 2008              _____/s/_____
ROBERT VOLZ
Saad Ahmad & Associates

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 28, 2008             _____
MARIA-ELENA JAMES
United States Magistrate Judge

*IT IS SO ORDERED — Judge Maria-Elena James — United States District Court, Northern District of California*

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stip to Extend Date of Defendants' Motion to Remand
C 06-4797 MEJ                                    2