JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYMED BESROUR,<br><br>        Plaintiff,<br><br>   v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Acting Director the California Service Center,<br><br>        Defendants. | No. C 06-4797-MEJ<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    The plaintiff, by and through his attorney, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to adjudicate the plaintiff's naturalization application within thirty days, provided the plaintiff promptly responds to USCIS's request for a sworn affidavit and fingerprints.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 06-4797-MEJ                          1

Dated: March 7, 2008

/s/
SAAD AHMAD, ESQ.
Saad Ahmad & Associates
Attorneys for Plaintiff

Dated: March 7, 2008

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 11, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Maria-Elena James]*